# United States Bankruptcy Court
## Northern District of California

In re **Ronald Louis Rose**
Debtor(s)

Case No.
Chapter **13**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **11** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **September 20, 2011**

**/s/ Myles R. Dresslove**
Signature of Attorney
**Myles R. Dresslove 091306
Myles R. Dresslove
1260 N Dutton Avenue
Ste. 100
Santa Rosa, CA 95401
707-575-8500`**

AG West Insurance Services
P.O. Box 905
Hanford, CA 93232


American Contractors Indemnity Co.
301 Junipero Serra Blvd
Ste 206
San Francisco, CA 94127


American Home Mortgage
P.O. Box 13922
Durham, NC 27709


American Home Mortgage Service
P.O. Box 631730
Irving, TX 75036


American Home Mortgage Service
P.O. Box 660029
Dallas, TX 75266


American Home Mortgage Service
P.O. Box 949
Orange, CA 92856


American Home Mortgage Servicing
P.O. Box 631730
Irving, TX 75063


American Recovery Service
555 St. Charles Drive, Suite 100
Thousand Oaks, CA 91360

AMI
P.O. Box 429
Big Bend, WI 53103


Aspire
P.O. Box 105341
Atlanta, GA 30348


Aspire Visa
P.O. Box 105555
Atlanta, GA 30348


Aspire Visa
P.O. Box 23007
Columbus, GA 31902


Aspire Visa
P.O. Box 790317
Saint Louis, MO 63179


Bank of the West
P.O. Box 4002
Concord, CA 94524


Bank of the West
P.O. Box 8160
Walnut Creek, CA 94596


Bank of the West
P.O. Box 94758
Cleveland, OH 44101

Bank of Willits
145 S Main Street
Willits, CA 95490


Barclays Bank
125 Southwest Street
Wilmington, DE 19801


Brenda Jones



Budget Capital Corporation
Dept 8350
Los Angeles, CA 90084


Budget Finance Company
1849 Sawtelle Blvd
Ste 700
Los Angeles, CA 90025


Budget Finance Company
1849 Sawtelle Blvd
Ste 700
Los Angeles, CA 90025


Capital Management Services, Inc.
726 Exchange Street Suite 700
Buffalo, NY 14210


Capital One
P.O. Box 60067
City Of Industry, CA 91716

Capital One
P.O. Box 30285
Salt Lake City, UT 84130


Capital One
P.O. Box 70886
Charlotte, NC 28272


Capital One
P.O. Box 85015
Richmond, VA 23285


Capital One
P.O. Box 60599
City Of Industry, CA 91716


CNH Capital
P.O. Box 3600
Lancaster, PA 17604


County of Lake
County Assessor
255 N Forbes Street
Lakeport, CA 95453


County of Lake
County Assessor
255 N Forbes Street
Lakeport, CA 95453


County of Lake
County Assessor
255 N Forbes Street
Lakeport, CA 95453

County of Lake
County Assessor
255 N Forbes Street
Lakeport, CA 95453


County of Lake
Community Development Dept.
255 N Forbes Street
Lakeport, CA 95453


County of Lake
County Assessor
255 N Forbes Street
Lakeport, CA 95453


Dawe & Christopherson
1111 Civic Drive
Ste 380
Walnut Creek, CA 94596


Ed Riddle
P.O. Box 804
Upper Lake, CA 95485


Financial Pacific Leasing
15325 S.E. 30th Place, Suite 100
Bellevue, WA 98007


Garton Tractor
1400 Hastings Road
Ukiah, CA 95482


Gary & Diane Ford
C/O Bank of Willits
P.O. Box 98
Willits, CA 95490

Hausman & Sosa
18757 Burbank Blvd
Ste 305
Tarzana, CA 91356


Ideal Tractor, Inc
P.O. Box 677
West Sacramento, CA 95691


Internal Revenue Service
777 Sonoma Avenue
Santa Rosa, CA 95404


Internal Revenue Service
P.O. Box 24017
Fresno, CA 93779


Internal Revenue Service
P.O. Box 660002
Dallas, TX 75266


Internal Revenue Service
P.O. Box 7704
San Francisco, CA 94120


Internal Revenue Service
P.O. Box 145566
Cincinnati, OH 45214


Jeanette Sousa
P.O. Box 4423
Clearlake, CA 95422

Jeri Treadaway
9996 Mitchell Road
Clearlake, CA 95422


John Deere Capital Corporation
6400 NW 86th Street
Johnston, IA 50131


John Deere Credit
P.O. Box 6600
Johnston, IA 50131


John Deere Risk Protection
P.O. Box 660195
Dallas, TX 75266


John McKee
601 Locust Lane
Willits, CA 95490


John McKee
601 Locust Lane
Willits, CA 95490


Juniper Bank
P.O. Box 13337
Philadelphia, PA 19101


Juniper Bank
P.O. Box 8833
Wilmington, DE 19899

Juniper Bank
PO Box 130
Clifton Heights, PA 19018


Kathleen Miller
P.O. Box 1803
Lakeport, CA 95453


Lake County Special Districts
230A Main Street
Lakeport, CA 95453


Lance Kraft
3174 Buckingham Way
Nice, CA 95464


Marcia Jackson
P.O. Box 1032
Willits, CA 95490


Marlene Elder
P.O. Box 88
Middletown, CA 95461


Mike Ewing
995 S Main Street
Lakeport, CA 95453


Monroe Acceptance Company
1849 Sawtelle Blvd
Ste 730
Los Angeles, CA 90025

NCO Financial Services
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems
P.O. Box 7607
Fort Washington, PA 19034


NCO Financial Systems
P.O. Box 17095
Wilmington, DE 19850


Option One Mortgage
3 Ada
Irvine, CA 92618


Option One Mortgage
P.O. Box 92103
Los Angeles, CA 90009


Phillips 66
P.O. Box 689140
Des Moines, IA 50368


Premier West Bank
P.O. Box 40
Medford, OR 97501


R and R RV Sales
6050 Highway 273
Anderson, CA 96007

Reliable Property Management
1382 Long Fellow
Chico, CA 95926


Robertson, Cahill & Associates
863 Lakeport Blvd.
Lakeport, CA 95453


Rod Padel
2545 Hill Road
Lakeport, CA 95453


Sarah Kraft
3174 Buckingham Way
Nice, CA 95464


State Compensation Insurance Fund
P.O. Box 420807
San Francisco, CA 94142


State Compensation Insurance Fund
P.O. Box 7854
San Francisco, CA 94120


State of California
Department of Motor Vehicles
P.O. Box 942897
Sacramento, CA 94297


States Recovery Systems, Inc.
P.O. Box 2860
Rancho Cordova, CA 95742

Transworld Systems
P.O. Box 1864
Santa Rosa, CA 95402


Transworld Systems
P.O. Box 4903
Trenton, NJ 08650


Verna Kelly
19301 Del Mar
CA 94637


Verna Kelly
19301 Del Mar
Fort Bragg, CA 94637


Wright Finlay & Zak
907 Sir Francis Drake Blvd
Greenbrae, CA 94904