**United States Bankruptcy Court**
**Northern District of California**

In re  **Ronald Louis Rose**                              Case No.
                              Debtor(s)                   Chapter   **13**

## STATEMENT RE PAYMENT ADVICES

☐   Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

■   I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date  **September 20, 2011**            Signature   **/s/ Ronald Louis Rose**
                                                    **Ronald Louis Rose**
                                                    Debtor

Date  **September 20, 2011**            Signature   **/s/ Myles R. Dresslove**
                                                    **Myles R. Dresslove 091306**
                                                    Attorney